UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL AND
AND INDUSTRY FUND, et al.,

Plaintiffs,

–against–

17-cv-5306 (LAK)

VREX CONSTRUCTION, INC.,

Defendant.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

   Plaintiffs' motion for a default judgment [DI 14] is granted, substantially for the reasons stated by Magistrate Judge Sarah Netburn in her report and recommendation to which no objections have been filed. The Clerk shall close the case.

   SO ORDERED.

Dated:    July 16, 2018

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge